IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. O'CONNOR,

    Plaintiff,

vs.                              CASE NO. 4:01cv385-SPM

DAVID HARVEY, in his official capacity as
Wakulla County Sheriff; and WAKULLA
COUNTY, FLORIDA,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, RICHARD C. O'CONNOR, through undersigned counsel, and Defendant, WAKULLA COUNTY, FLORIDA, and stipulate to the voluntary dismissal with prejudice of all claims against Defendant, WAKULLA COUNTY, FLORIDA.

Respectfully submitted this 4th day of October, 2001.

_____
STEVEN P. GLAZER
Florida Bar No. 0789798
2310 Mavis Circle
Tallahassee, Florida 32301-6715
(850) 926-1234

*Counsel for Plaintiff*

_____
JOHN W. JOLLY, JR.
Florida Bar No. 291961
BARBARA C. FROMM
Florida Bar No. 894273
JOLLY, PETERSON & WATERS, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
(850) 422-0282

*Attorneys for Defendant
Wakulla County, Florida*

