IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. O'CONNOR,

    Plaintiff,

vs.                                  CASE NO. 4:01cv385-SPM

DAVID HARVEY, in his official capacity as
Wakulla County Sheriff; and WAKULLA
COUNTY, FLORIDA,

    Defendants.
_____/

## DEFENDANT HARVEY'S RULE 26(A)(1) DISCLOSURES

Defendant, DAVID HARVEY, in his official capacity as Sheriff of Wakulla County, Florida, hereby provides his initial disclosures as required by Rule 26(a)(1), Fed.R.Civ.P.

    A.    The name and, if known, address and telephone number of each individual likely to have discoverable information.

| | |
|---|---|
| Richard C. O'Connor<br>Address Unknown | Sgt. Jackie Norman<br>Wakulla County Sheriff's Office<br>15 Oak Street<br>Crawfordville, Florida 32327 |
| Dewayne H. Faulkner<br>Current Address Unknown | |
| Casey Miller<br>Current Address Unknown | Deputy Glenn Ganus<br>Wakulla County Sheriff's Office<br>15 Oak Street<br>Crawfordville, Florida 32327 |
| David Harvey, Sheriff<br>Wakulla County Sheriff's Office<br>15 Oak Street<br>Crawfordville, Florida 32327 | Correctional Officer Scott Taff<br>Wakulla County Sheriff's Office<br>15 Oak Street<br>Crawfordville, Florida 32327 |

01 OCT -9 PM 3: 20



FILED

9

Correctional Officer Thomas Harris
Wakulla County Sheriff's Office
15 Oak Street
Crawfordville, Florida 32327

Defendant Harvey reserves the right to amend his initial disclosure to add any additional individuals revealed during discovery.

B.   A copy of or description by category and location of all documents and tangible things that the disclosing party may use to support his claims or defenses:

1.   Inmate file of Richard C. O'Connor, including observation logs and out patient clinic records.

2.   Inmate file of Dewayne H. Faulkner, including observation logs and any documents relating to injury to Plaintiff.

3.   Inmate file of Casey Miller, including observation logs and any documents relating to injury to Plaintiff.

4.   Incident Report prepared by Correctional Officer Thomas Harris.

5.   All documents listed by Plaintiff.

Defendant Harvey reserves the right to amend his initial disclosure to add additional documents, if any, revealed during discovery.

C.   Computation of damages claimed by the disclosing party: Defendant Harvey does not claim damages.

D.   The applicable insurance agreement will be provided when it is obtained by undersigned counsel.

Respectfully submitted this _____ day of _____, 2001.

_____
JOHN W. JOLLY, JR.
Florida Bar No. 291961
BARBARA C. FROMM
Florida Bar No. 894273
JOLLY, PETERSON & WATERS, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
(850) 422-0282

*Attorney for Defendants*
*Sheriff David Harvey and Wakulla County,*
*Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished to STEVEN P. GLAZER, Attorney for Plaintiff, 2310 Mavis Circle, Tallahassee, Florida 32301-6715, by U.S. Mail this ____ day of October, 2001.

_____
BARBARA C. FROMM